# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0746
LT Case No. 59-2023-CF-002217-A

_____

FRANCISCO MOLINA NEGRON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Donna M. Goerner, Judge.

Hani Demetrious, of The Law Office of Robert David Malove,
P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Tabitha
Mills, Assistant Attorney General, Daytona Beach, for Appellee.

June 11, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————